**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-03402-RM-BNB

FLOYD E. DODDS,

    Plaintiff,

v.

ALCALA, Pueblo County Sheriff Chief,
BALLAS, Pueblo County Sheriff Captain,
SKYES, Pueblo County Sherrif Sergeant, and
KELLI A. SINABON, Pueblo County Sheriff Classifications,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE
AND DISMISSING CASE**

---

    This matter is before the Court on a recommendation from United States Magistrate Judge Boyd N. Boland (the "Recommendation") (ECF No. 23) that this case be dismissed. The Recommendation is based upon the failure of Plaintiff Floyd E. Dodds to keep the court informed of his current address. His last filing in this case was received January 16, 2014 (ECF No. 7) and neither Judge Boland nor this Court has had any contact with him since that date. Judge Boland issued an Order to Show Cause why the amended complaint should not be dismissed for failure to prosecute. (ECF No 21.) That order was returned undeliverable.

    Subsequently, Judge Boland filed the instant Recommendation for dismissal pursuant to Local Rule 41.1 based on Plaintiff's failure to keep the court informed of his current address and for failure to prosecute. Judge Boland included an advisement in the Recommendation

informing the parties that they had fourteen days in which to file specific, written objections. No objections, filings, or updated addresses have been filed by the parties since that time. Consequently, after a review of the docket, this Court hereby ADOPTS the Recommendation in full and orders that this case be DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge